THE URBAN LAW FIRM
Michael A. Urban, Nevada Bar No. 3875
Nathan R. Ring, Nevada Bar No. 12078
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HARRAH'S LAS VEGAS, LLC f/k/a HARRAH'S LAS VEGAS, INC. d/b/a HARRAH'S LAS VEGAS, *et al.*, <br><br> Defendants. | CASE NO. 2:13-cv-00040-APG-PAL <br><br> Consolidated with Case Nos.: <br>    2:13-cv-00043; <br>    2:13-cv-00042; <br>    2:13-cv-00046; and <br>    2:13-cv-00047 <br><br> **JOINT STATUS REPORT RE CAESARS BANKRUPTCY PROCEEDINGS** <br><br> **ORDER** |

Plaintiffs, Trustees of the Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720, Pension Trust; Trustees of the Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720, Wage Disability Trust; and Trustees of the Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720, Apprentice and Journeyman Training and

1  Education Trust (collectively, "Plaintiffs" or "Trusts"), by and through their counsel of record,
2  The Urban Law Firm, and Consolidated Defendants Harrah's Las Vegas, LLC; Flamingo Las
3  Vegas Operating Company, LLC; Desert Palace, Inc.; Paris Las Vegas Operating Company,
4  LLC; and Parball Corporation (collectively "Consolidated Defendants") file this Joint Status
5  Report in response to the Court's Order directing the same. (ECF No. 68).
6      The Court requested a status report to indicate whether this consolidated action should be
7  stayed in its entirety or whether it may proceed as to some defendants. As the Court is aware, on
8  January 26, 2015, counsel for the Consolidated Defendants filed a Notice of Suggestion on
9  Pendency of Bankruptcy for Caesars Entertainment Operating Company, Inc. et al., and
10 Automatic Stay of Proceedings, ECF No. 67, wherein it was disclosed named Defendants Desert
11 Palace, Inc. and Parball Corporation filed voluntary petitions under Chapter 11 of the
12 Bankruptcy Code. Accordingly, only as to the debtor Defendants, this action has been stayed by
13 operation of section 362(a) of the Bankruptcy Code. There has been no order of the Bankruptcy
14 Court granting relief from the automatic stay relevant to this case.
15     Plaintiffs and the Consolidated Defendants are in agreement that this litigation is and
16 should remain stayed as to Desert Palace, Inc. d/b/a Caesars Palace as this case is unquestionably
17 within the scope of the automatic stay. *See* Schedule of Assets and Liabilities of Desert Palace,
18 Inc., *In re Caesars Entm't Operating Co., Inc.*, Bankr. No. 15-01167 (ABG) (N.D. Ill. March 17,
19 2015), Consol. Case No. 15-01145, ECF No. 726, at 101 (scheduling Plaintiffs' debt). However,
20 it is unclear whether this action is stayed as to Bally's Las Vegas and Paris Las Vegas. Due to the
21 complex nature of the instant bankruptcy, the Parties request additional time to consult with
22 Caesars' bankruptcy counsel to determine more clearly whether this action may proceed as to the
23 remaining Defendants. The parties have been conferring in good faith and believe they will be
24 able to fully inform the Court of the status of this matter by no later than June 11, 2015.
25 / / /
26 / / /
27 / / /
28 / / /

Dated: May 28, 2015

/s/ Sean W. McDonald
Michael A. Urban, Esq.
Nathan R. Ring, Esq.
Sean W. McDonald, Esq.
THE URBAN LAW FIRM
*Attorneys for Plaintiffs*

Dated: May 28, 2015

/s/ Rick D. Roskelley
Rick D. Roskelley, Esq.
LITTLER MENDELSON, P.C.
*Attorneys for Consolidated Defendants*

## ORDER

Based on the joint status report of the parties and with good cause appearing, the parties' requested relief is granted.

This consolidated action is STAYED as to Defendant Desert Palace, Inc., until further Order of this Court.

The Parties shall file a further joint status report within 14 days from the date of this Order as to their efforts to clarify which other Defendants are included within the bankruptcy proceedings of Caesars Entertainment Operating Co., Inc., and subsidiary Parball Corporation.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
2:13-cv-040-APG-PAL [69]

Dated:  May 29, 2015