## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION - INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HARRAH'S LAS VEGAS, LLC, *et al.*,<br><br>Defendants. | Case No. 2:13-CV-00040-APG-PAL<br><br>**ORDER** |

On January 26, 2015, a notice of suggestion of bankruptcy was filed indicating that some defendants in this consolidated action have filed for bankruptcy protection, triggering the automatic stay under 11 U.S.C. § 362(a). I ordered the parties to file a joint status report regarding whether this action should be stayed in its entirety or whether it may proceed as to some defendants. (Dkt. #68.) The parties filed a status report on May 28, 2015 in which they requested until June 11, 2015 to inform the court of the status of this case, and I granted that request. (Dkt. #69; Dkt. #70.) To date, the parties have not filed a supplemental status report.

IT IS ORDERED that the parties shall file a joint status report on or before July 8, 2015 indicating whether this consolidated action should be stayed in its entirety pending bankruptcy proceedings or whether it may proceed as to some defendants.

DATED this 29th day of June, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE