UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 72-, PENSION TRUST, et al.,<br><br>Plaintiffs,<br>v.<br>HARRAH'S LAS VEGAS, LLC, et al.,<br><br>Defendants. | Case No. 2:13-cv-00040-APG-PAL<br><br>ORDER<br><br>(Jt. Mot Re-Open Disc – Dkt. #73) |

The court conducted a hearing on July 21, 2015, regarding the parties' Joint Motion to Re-Open Discovery (Dkt. #73) filed July 6, 2015. Nathan Ring appeared on behalf of Plaintiffs, and Rachel Silverstein appeared on behalf of the Defendants.

The parties requested additional time to complete discovery because of complications arising out of the bankruptcy of Caesars Palace. Additionally, Plaintiffs' expert is finalizing a final audit of the amounts in dispute. Having considered the arguments of counsel,

**IT IS ORDERED** that the Joint Motion to Re-Open Discovery (Dkt. #73) is **GRANTED** as follows:

1. Plaintiffs shall provide their amended Final Audit results to Defendants on or before **August 4, 2015,** with backup documentation as discussed in open court**.**
2. The deadline for the disclosure of expert or rebuttal expert witnesses shall be thirty days after the amended Final Audit is provided, or **September 4, 2015.**
3. The Parties shall complete all remaining discovery related to the audit results, the audit fees and the CEOC Bankruptcy within 90 days of the Plaintiffs providing the

1

amended Final Audit results, or before **November 4, 2015.** The Parties shall each be permitted to propound one set of written discovery related to these topics and conduct depositions under the same scope.

4. The deadline for dispositive motions shall be 30 days after the close of discovery, or **December 4, 2015.**

**5.** The deadline for the Joint Pretrial Order shall be due 30 days after dispositive motions or filed, or **January 4, 2016**. **The Joint Pretrial Order shall be filed whether or not dispositive motions are pending.**

DATED this 22nd day of July, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE