RICK D. ROSKELLEY, ESQ., Bar # 3192
RACHEL R. SILVERSTEIN, ESQ., Bar #11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
email:  rroskelley@littler.com
email:  rsilverstein@littler.com
Attorneys for Consolidated Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION - INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION - INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNTIED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; AND TRUSTEES OF THE NEVADA RESORT ASSOCIATION - INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRAH'S LAS VEGAS, LLC f/k/a HARRAH'S LAS VEGAS, INC., d/b/a HARRAH'S LAS VEGAS, a Nevada limited-liability company,<br><br>Defendant. | Case No. 2:13-cv-00040-APG-PAL<br><br>*Consolidated with:*<br><br>Case No.: 2-13-cv-00042-APG-PAL<br>Case No.: 2-13-cv-00043-APG-PAL<br>Case No.: 2-13-cv-00046-APG-PAL<br>Case No.: 2-13-cv-00047-APG-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (Docket #78)**<br><br>[First Request] |

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

| | |
|---|---|
| 1<br>2<br>3<br>4 | FLAMINGO LAS VEGAS OPERATING COMPANY, LLC f/k/a PARK PLACE ENTERTAINMENT CORPORATION d/b/a FLAMINGO HILTON – LAS VEGAS, a Nevada limited-liability company,<br>                              Defendant. |
| 5<br>6<br>7 | DESERT PALACE, INC. d/b/a CAESARS PALACE, a Nevada corporation,<br>                              Defendant. |
| 8<br>9<br>10 | PARIS LAS VEGAS OPERATING COMPANY, LLC f/k/a PARBALL CORPORATION d/b/a PARIS, LLC, a Nevada limited-liability company,<br>                              Defendant. |
| 11<br>12<br>13 | PARBALL CORPORATION d/b/a BALLY'S LAS VEGAS, a Nevada corporation,<br>                              Defendant. |

Consolidated Defendants Harrah's Las Vegas, LLC; Flamingo Las Vegas Operating Company, LLC; Desert Palace, Inc.; Paris Las Vegas Operating Company, LLC; and Parball Corporation (collectively "Consolidated Defendants") and Plaintiffs, Trustees Of The Nevada Resort Association - International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Pension Trust; Trustees Of The Nevada Resort Association - International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Wage Disability Trust; And Trustees Of The Nevada Resort Association - International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Apprentice And Journeyman Training And Education Trust ("Plaintiffs") by and through their respective counsel, do hereby stipulate, and Plaintiffs only agree if the Court approves, to a two-week extension of the deadline for Defendants to file a response in opposition to Plaintiffs' Motion for Partial

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

Summary Judgment (Doc. #78).  Therefore, the parties stipulate that the deadline for Defendants' responsive pleading will be January 11, 2016.  This stipulation is made in good faith and not for purposes of delay.

Dated: December 22, 2015

Dated: December 22, 2015

THE URBAN LAW FIRM

By: /s/ Nathan R. Ring, Esq.
   MICHAEL A. URBAN, ESQ.
   NATHAN R. RING, ESQ.
   SEAN MACDONALD, ESQ.

Attorneys for Plaintiffs

LITTLER MENDELSON

By: /s/ Rachel Silverstein, Esq.
   RICK D. ROSKELLEY, ESQ.
   RACHEL SILVERSTEIN, ESQ.

Attorneys for Defendants

**IT IS SO ORDERED:**

Dated: December 22, 2015.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:137699925.1 083558.1072

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.