1  RICK D. ROSKELLEY, ESQ., Bar # 3192
2  RACHEL R. SILVERSTEIN, ESQ., Bar #11057
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway
   Suite 300
4  Las Vegas, NV  89169-5937
   Telephone:     702.862.8800
5  Fax No.:          702.862.8811
   email:  rroskelley@littler.com
6  email:  rsilverstein@littler.com
7  Attorneys for Consolidated Defendants

8

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11 TRUSTEES OF THE NEVADA RESORT
   ASSOCIATION - INTERNATIONAL
12 ALLIANCE OF THEATRICAL STAGE          Case No. 2:13-cv-00040-APG-PAL
   EMPLOYEES AND MOVING PICTURE
13 MACHINE OPERATORS OF THE              Consolidated with:
   UNITED STATES AND CANADA,
14 LOCAL 720, PENSION TRUST;                  Case No.: 2-13-cv-00042-APG-PAL
   TRUSTEES OF THE NEVADA RESORT              Case No.: 2-13-cv-00043-APG-PAL
15 ASSOCIATION - INTERNATIONAL                Case No.: 2-13-cv-00046-APG-PAL
   ALLIANCE OF THEATRICAL STAGE               Case No.: 2-13-cv-00047-APG-PAL
16 EMPLOYEES AND MOVING PICTURE
   MACHINE OPERATORS OF THE
17 UNTIED STATES AND CANADA,             **JOINT MOTION AND  ORDER TO
   LOCAL 720, WAGE DISABILITY            STAY CASE FOR THIRTY DAYS
18 TRUST; AND TRUSTEES OF THE            PENDING SETTLEMENT
   NEVADA RESORT ASSOCIATION -           NEGOTIATIONS**
19 INTERNATIONAL ALLIANCE OF
   THEATRICAL STAGE EMPLOYEES
20 AND MOVING PICTURE MACHINE
   OPERATORS OF THE UNITED STATES
21 AND CANADA, LOCAL 720,
   APPRENTICE AND JOURNEYMAN
22 TRAINING AND EDUCATION TRUST,

23           Plaintiffs,
   vs.
24
   HARRAH'S LAS VEGAS, LLC f/k/a
25 HARRAH'S LAS VEGAS, INC., d/b/a
   HARRAH'S LAS VEGAS, a Nevada
26 limited-liability company,

27           Defendant.

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

| | |
|---|---|
| 1 | FLAMINGO LAS VEGAS OPERATING COMPANY, LLC f/k/a PARK PLACE ENTERTAINMENT CORPORATION d/b/a FLAMINGO HILTON – LAS VEGAS, a Nevada limited-liability company, |
| 2 | |
| 3 | |
| 4 | Defendant. |
| 5 | DESERT PALACE, INC. d/b/a CAESARS PALACE, a Nevada corporation, |
| 6 | |
| 7 | Defendant. |
| 8 | PARIS LAS VEGAS OPERATING COMPANY, LLC f/k/a PARBALL CORPORATION d/b/a PARIS, LLC, a Nevada limited-liability company, |
| 9 | |
| 10 | Defendant. |
| 11 | PARBALL CORPORATION d/b/a BALLY'S LAS VEGAS, a Nevada corporation, |
| 12 | |
| 13 | Defendant. |

Consolidated Defendants Harrah's Las Vegas, LLC; Flamingo Las Vegas Operating Company, LLC; Desert Palace, Inc.; Paris Las Vegas Operating Company, LLC; and Parball Corporation (collectively "Consolidated Defendants") and Plaintiffs, Trustees Of The Nevada Resort Association - International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Pension Trust; Trustees Of The Nevada Resort Association - International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Wage Disability Trust; And Trustees Of The Nevada Resort Association - International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Apprentice And Journeyman Training And Education Trust ("Plaintiffs") by and through their respective counsel, jointly propose and move this Court to stay the proceedings and all deadlines in this case, including the Joint Pretrial Order due on January 4, 2016, and Defendants' response to Plaintiffs'

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

Motion for Summary Judgment which is due on January 11, 2016, for thirty (30) days pending the Parties' settlement negotiations. In support of this motion, the Parties state as follows:

1. For a variety of reasons that are unimportant to this Joint Motion, the Parties to this case were permitted to re-open the discovery period, which ultimately concluded on November 4, 2015. (Doc. No. 76.) During the re-opened discovery period, the Parties swiftly made their expert disclosures, conducted two expert depositions and exchanged additional rounds of written discovery.

2. On December 4, 2015, Plaintiffs filed a Motion for Partial Summary Judgment. (Doc. No. 78.) Plaintiffs agreed to Defendants' request for a two-week extension to file their Opposition, which the Court granted. (Doc. Nos. 79-80.) Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment is currently due on January 11, 2015.

3. A Joint Pre-Trial Order is currently due on January 4, 2016. (Doc. No. 76.)

4. The Parties are now engaged in settlement negotiations. These negotiations have the potential to resolve the case either partially or fully. If the Parties are not able to come to a complete resolution, we anticipate that at least a partial resolution is likely, which would leave significantly pared down issues for trial. In that event, the Joint Pre-Trial Order would change considerably from one filed on January 4th.

5. The Parties agree that it would be advantageous to avoid incurring additional fees and costs while attempting to resolve this case and, thus, are in agreement that a short stay of the case is appropriate.

6. Accordingly, the Parties mutually agree that staying the case for a thirty-day period, until February 3, 2016, will not unduly prejudice any party and will conserve resources, making settlement more likely.

7. This request is not made for purpose of delay, but rather is intended to permit the Parties' time and resources to be devoted toward finding a possible resolution to this matter.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

WHEREFORE, for the reasons stated above, the Parties jointly move this Court to enter a stay concluding on February 3, 2016, and hereby suspend all proceedings and deadlines in this case, including the deadline for the Joint Pretrial Order on January 4, 2016, and Defendants' deadline to respond to Plaintiffs' Motion for Partial Summary Judgment on January 11, 2016.  If the Parties are unable to resolve the case before that time, the new deadlines for both the Joint Pre-Trial Order and Defendants' response to Plaintiffs' Motion for Partial Summary Judgment will be February 3, 2016.

| | |
|---|---|
| Dated:  December 31, 2015 | Dated:  December 31, 2015 |
| THE URBAN LAW FIRM | LITTLER MENDELSON |
| By: /s/ Nathan R. Ring, Esq.<br>     MICHAEL A. URBAN, ESQ.<br>     NATHAN R. RING, ESQ.<br>     SEAN MACDONALD, ESQ. | By: /s/ Rachel Silverstein, Esq.<br>     RICK D. ROSKELLEY, ESQ.<br>     RACHEL SILVERSTEIN, ESQ. |
| Attorneys for Plaintiffs | Attorneys for Defendants |

**IT IS SO ORDERED:**

Dated:  January 15, 2016

*[signature]*
US District Judge/Magistrate Judge

Firmwide:137802972.1 083558.1072

4.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800