RICK D. ROSKELLEY, ESQ., Bar # 3192
RACHEL R. SILVERSTEIN, ESQ., Bar #11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
email:  rroskelley@littler.com
email:  rsilverstein@littler.com
Attorneys for Consolidated Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION - INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION - INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNTIED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; AND TRUSTEES OF THE NEVADA RESORT ASSOCIATION - INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>        Plaintiffs,<br>vs.<br><br>HARRAH'S LAS VEGAS, LLC f/k/a HARRAH'S LAS VEGAS, INC., d/b/a HARRAH'S LAS VEGAS, a Nevada limited-liability company,<br><br>        Defendant. | Case No. 2:13-cv-00040-APG-PAL<br><br>*Consolidated with:*<br><br>    Case No.: 2-13-cv-00042-APG-PAL<br>    Case No.: 2-13-cv-00043-APG-PAL<br>    Case No.: 2-13-cv-00046-APG-PAL<br>    Case No.: 2-13-cv-00047-APG-PAL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND STAY FOR TWO WEEKS PENDING SETTLEMENT NEGOTIATIONS** |

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

| | |
|---|---|
| FLAMINGO LAS VEGAS OPERATING COMPANY, LLC f/k/a PARK PLACE ENTERTAINMENT CORPORATION d/b/a FLAMINGO HILTON – LAS VEGAS, a Nevada limited-liability company, | |
| Defendant. | |
| DESERT PALACE, INC. d/b/a CAESARS PALACE, a Nevada corporation, | |
| Defendant. | |
| PARIS LAS VEGAS OPERATING COMPANY, LLC f/k/a PARBALL CORPORATION d/b/a PARIS, LLC, a Nevada limited-liability company, | |
| Defendant. | |
| PARBALL CORPORATION d/b/a BALLY'S LAS VEGAS, a Nevada corporation, | |
| Defendant. | |

Consolidated Defendants Harrah's Las Vegas, LLC; Flamingo Las Vegas Operating Company, LLC; Desert Palace, Inc.; Paris Las Vegas Operating Company, LLC; and Parball Corporation (collectively "Consolidated Defendants") and Plaintiffs, Trustees Of The Nevada Resort Association - International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Pension Trust; Trustees Of The Nevada Resort Association - International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Wage Disability Trust; And Trustees Of The Nevada Resort Association - International Alliance Of Theatrical Stage Employees And Moving Picture Machine Operators Of The United States And Canada, Local 720, Apprentice And Journeyman Training And Education Trust ("Plaintiffs") by and through their respective counsel, hereby stipulate as follows:

1. The Parties jointly moved for a stay of proceedings for thirty (30) days on December 31, 2015. (Dkt. No. 81.) The Court granted that Motion on January 15, 2016. (Dkt. No. 82.) After making significant headway on settlement, the Parties requested a three-week extension of the stay

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

(Dkt. No. 83), which the Court granted on February 3, 2016. (Dkt. No. 84.) That stay expires on February 24, 2016. (*Id.*)

2. The Parties have engaged in multiple rounds of settlement negotiations over the last several weeks. The Parties are in agreement that significant progress has been made during those negotiations, and it is well within the realm of possibilities that this case can be resolved short of trial.

3. The Parties' settlement offers are now within approximately 10% of each other, and a full settlement of all issues appears to be imminent.

4. The Parties agree that it would be advantageous to avoid incurring additional fees and costs while attempting to resolve this case and, thus, are in agreement that a two-week extension of the stay is appropriate.

5. This request is not made for purpose of delay, but rather is intended to permit the Parties' time and resources to be devoted toward finding a possible resolution to this matter.

WHEREFORE, for the reasons stated above, the Parties stipulate to extend the stay imposed for two (2) weeks, or until March 9, 2016.

Dated: February 23, 2016

THE URBAN LAW FIRM

By: /s/ Sean McDonald, Esq.
    MICHAEL A. URBAN, ESQ.
    NATHAN R. RING, ESQ.
    SEAN MCDONALD, ESQ.

Attorneys for Plaintiffs

Dated: February 23, 2016

LITTLER MENDELSON

By: /s/ Rachel Silverstein, Esq.
    RICK D. ROSKELLEY, ESQ.
    RACHEL SILVERSTEIN, ESQ.

Attorneys for Defendants

**IT IS SO ORDERED:**

Dated: February 23, 2016

United States District Judge

Firmwide:138879972.1 083558.1072

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.