1  RICK D. ROSKELLEY, ESQ., Bar # 3192
2  RACHEL R. SILVERSTEIN, ESQ., Bar #11057
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway
   Suite 300
4  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
5  Fax No.:      702.862.8811
   email:  rroskelley@littler.com
6  email:  rsilverstein@littler.com
7  Attorneys for Consolidated Defendants

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11  TRUSTEES OF THE NEVADA RESORT
    ASSOCIATION - INTERNATIONAL
12  ALLIANCE OF THEATRICAL STAGE            Case No. 2:13-cv-00040-APG-PAL
    EMPLOYEES AND MOVING PICTURE
13  MACHINE OPERATORS OF THE                *Consolidated with:*
    UNITED STATES AND CANADA,
14  LOCAL 720, PENSION TRUST;                    Case No.: 2-13-cv-00042-APG-PAL
    TRUSTEES OF THE NEVADA RESORT                Case No.: 2-13-cv-00043-APG-PAL
15  ASSOCIATION - INTERNATIONAL                  Case No.: 2-13-cv-00046-APG-PAL
    ALLIANCE OF THEATRICAL STAGE                 Case No.: 2-13-cv-00047-APG-PAL
16  EMPLOYEES AND MOVING PICTURE
    MACHINE OPERATORS OF THE
17  UNTIED STATES AND CANADA,                **NOTICE OF SETTLEMENT AND**
    LOCAL 720, WAGE DISABILITY              **[PROPOSED] ORDER SCHEDULING**
18  TRUST; AND TRUSTEES OF THE              **STATUS CHECK**
    NEVADA RESORT ASSOCIATION -
19  INTERNATIONAL ALLIANCE OF
    THEATRICAL STAGE EMPLOYEES
20  AND MOVING PICTURE MACHINE
    OPERATORS OF THE UNITED STATES
21  AND CANADA, LOCAL 720,
    APPRENTICE AND JOURNEYMAN
22  TRAINING AND EDUCATION TRUST,

23                  Plaintiffs,
    vs.
24
    HARRAH'S LAS VEGAS, LLC f/k/a
25  HARRAH'S LAS VEGAS, INC., d/b/a
    HARRAH'S LAS VEGAS, a Nevada
26  limited-liability company,

27                  Defendant.

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1 FLAMINGO LAS VEGAS OPERATING
COMPANY, LLC f/k/a PARK PLACE
2 ENTERTAINMENT CORPORATION
d/b/a FLAMINGO HILTON – LAS
3 VEGAS, a Nevada limited-liability
company,
4                    Defendant.

5 DESERT PALACE, INC. d/b/a CAESARS
PALACE, a Nevada corporation,
6
7                    Defendant.

8 PARIS LAS VEGAS OPERATING
COMPANY, LLC f/k/a PARBALL
9 CORPORATION d/b/a PARIS, LLC, a
Nevada limited-liability company,
10
                   Defendant.
11 PARBALL CORPORATION d/b/a
BALLY'S LAS VEGAS, a Nevada
12 corporation,
13                    Defendant.

14          Consolidated Defendants Harrah's Las Vegas, LLC; Flamingo Las Vegas Operating

15 Company, LLC; Desert Palace, Inc.; Paris Las Vegas Operating Company, LLC; and Parball

16 Corporation (collectively "Consolidated Defendants") and Plaintiffs, Trustees Of The Nevada Resort

17 Association - International Alliance Of Theatrical Stage Employees And Moving Picture Machine

18 Operators Of The United States And Canada, Local 720, Pension Trust; Trustees Of The Nevada

19 Resort Association - International Alliance Of Theatrical Stage Employees And Moving Picture

20 Machine Operators Of The United States And Canada, Local 720, Wage Disability Trust; And

21 Trustees Of The Nevada Resort Association - International Alliance Of Theatrical Stage Employees

22 And Moving Picture Machine Operators Of The United States And Canada, Local 720, Apprentice

23 And Journeyman Training And Education Trust ("Plaintiffs"), by and through their counsel of

24 record, hereby notify  the Court as follows:

25          The Parties have reached an agreement in principle to resolve this matter and are now in the

26 process of finalizing the details and reducing the agreement to writing.  However, as Defendant

27 Desert Palace, Inc. filed a petition for reorganization on January 15, 2015 (Doc. #67), finalization of

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

the settlement agreement is contingent on approval of the United States Bankruptcy Court for the Northern District of Illinois, where Desert Palace, Inc.'s petition is currently pending.  The Parties anticipate that obtaining such approval will take approximately 90 days.  For that reason, the Parties propose that the Court set a status check for dismissal paperwork on or around June 27, 2016.

Dated:  March 24, 2016                                   Dated:  March 24, 2016

THE URBAN LAW FIRM                              LITTLER MENDELSON

By: /s/ Sean McDonald, Esq.                      By:  /s/ Rachel Silverstein, Esq.
    MICHAEL A. URBAN, ESQ.                          RICK D. ROSKELLEY, ESQ.
    NATHAN R. RING, ESQ.                            RACHEL SILVERSTEIN, ESQ.
    SEAN MCDONALD, ESQ.
                                                   Attorneys for Defendants
    Attorneys for Plaintiffs

## **ORDER**

        IT IS SO ORDERED that the status check shall held on June 28, 2016, at the hour of 9:00 a.m.

                        Dated this 25th day of March, 2016.


                        _____
                        UNITED STATES MAGISTRATE JUDGE


Firmwide:139479506.1 083558.1072

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.