**THE URBAN LAW FIRM**
Michael A. Urban, Nevada Bar No. 3875
Nathan R. Ring, Nevada Bar No. 12078
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HARRAH'S LAS VEGAS, LLC f/k/a HARRAH'S LAS VEGAS, INC. d/b/a HARRAH'S LAS VEGAS, *et al.*, <br><br> Defendants. | CASE NO. 2:13-cv-00040-APG-PAL <br><br> Consolidated with Case Nos.: <br>  2:13-cv-00043; <br>  2:13-cv-00042; <br>  2:13-cv-00046; and <br>  2:13-cv-00047 <br><br> **STIPULATION FOR DISMISSAL** <br><br> **ORDER** |

Plaintiffs, Trustees of the Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720, Pension Trust; Trustees of the Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720, Wage Disability Trust; and Trustees of the Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720, Apprentice and Journeyman Training and

Education Trust (collectively, "Plaintiffs" or "Trusts"), by and through their counsel of record, The Urban Law Firm, and Consolidated Defendants Harrah's Las Vegas, LLC; Flamingo Las Vegas Operating Company, LLC; Desert Palace, Inc.; Paris Las Vegas Operating Company, LLC; and Parball Corporation (collectively "Consolidated Defendants"), by and through their counsel of record, Littler Mendelson, P.C., hereby stipulate and agree as follows, subject to the approval and Order of the Court:

1. A full and final confidential settlement of the above-entitled action has been entered into and agreed to by Plaintiffs and Consolidated Defendants.

2. Plaintiffs and Consolidated Defendants have executed a Settlement Agreement setting forth the terms of their settlement.

3. Therefore, Plaintiffs and Consolidated Defendants do hereby request that this action be dismissed with prejudice as to Consolidated Defendants.

Dated: August 18, 2016                                          Dated: August 10, 2016

*/s/ Nathan R. Ring*                                              */s/ Rick D. Roskelley*
Michael A. Urban, Esq.                                          Rick D. Roskelley, Esq.
Nathan R. Ring, Esq.                                            LITTLER MENDELSON, P.C.
Sean W. McDonald, Esq.                                          *Attorneys for Consolidated Defendants*
THE URBAN LAW FIRM
*Attorneys for Plaintiffs*

### ORDER

IT IS HEREBY ORDERED that, based on the stipulation of the Plaintiffs and Consolidated Defendants, the above-entitled action be, and hereby is, dismissed with prejudice as to Consolidated Defendants.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 19, 2016